■　PETER F. PANTLIN et al., Appellants, et al., Plaintiffs, v HEICKLEN FARMS, INC., et al., Respondents. (Appeal No. 1.)—Order unanimously affirmed, with costs, on the opinion at Special Term, Boomer, J. We do not read *Drago v Buonagurio* (46 NY2d 778) as limiting the provisions of section 487 of the Judiciary Law. (Appeal from order of Monroe Supreme Court—

reargument.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Witmer, JJ.